UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jarvis Lee Harris,

    Petitioner,

        v.                                 Case No. 1:11cv414

Warden, Madison Correctional
Institution,                           Judge Michael R. Barrett

    Respondent.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on April 30, 2012 (Doc. 19).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (19) of the Magistrate Judge is hereby **ADOPTED.** Respondent's Motion to Dismiss (Doc. 18) is **GRANTED**; the Petitioner's writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. 15) is administratively **STAYED** and **TERMINATED** on this Court's active docket. Upon good showing by Petitioner that he has complied with the terms and conditions consistent with the Report and Recommendation (Doc. 19) by the Magistrate Judge, he will be granted leave of Court to reinstate his case on this Court's active docket.

A certificate of appealability should not issue under the standard set forth in *Slack v. McDaniel,* 529 U.S. 473, 484-85 (2000). With respect to any application by petitioner to

proceed on appeal in *forma pauperis,* the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of any Order adopting this Report and Recommendation would not be taken in "good faith," and therefore **DENIES** petitioner leave to appeal in *forma pauperis* upon a showing of financial necessity. *See* Fed. R. App. P. 24(a); *Kincade v. Sparkman*, 117 F.3d 949, 952 (6th Cir. 1997).

    **IT IS SO ORDERED.**

                                                          *S/Michael R. Barrett*
                                                          Michael R. Barrett
                                                          United States District Judge